

# IN THE
# TENTH COURT OF APPEALS

───────────

### No. 10-14-00226-CR

**STEPHEN KENNETH LANE SELLERS,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**


───────────

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2013-2242-C1

───────────

## O R D E R

───────────

Stephen Kenneth Lane Sellers was convicted of possession of a controlled substance with intent to deliver and sentenced to 40 years in prison. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112 (West 2011). The State's brief in this appeal was originally due on January 5, 2015. The State has requested and been granted two extensions of time to file its brief. It has now filed a third motion for extension of time to file its brief.

The State's motion is denied.  Its brief is ORDERED to be filed no later than 5:00

p.m. on April 1, 2015.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed March 19, 2015

